1.

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

Jason J. Spikes

v.

Assistant District Attorney
Lutie Lancaster

Case No.

Petition for A Writ Of Habeas Corpus Under 28 U.S.C. §2241
28 USCA §1651
28 USCA §1367 Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 537025

3. Are you currently being held on orders by: State Authorities

4. Are you currently serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of the court that sentenced you: 22nd Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
   (b) Docket number of criminal case: #16-CR6-129868
   (c) Date of sentencing: June 26, 2017

TENDERED FOR FILING

MAR 21 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_Fee_____
_Process_____
X_Dktd_____
__CtRmDep_____
__Doc.No._____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Prosecution of case beyond statue of limitation

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22nd Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: 14-CR8-126847
(c) Decision or action you are challenging: Prosecution of case beyond statue of limitations
(d) Date of the decision or action: I haven't got the the point to file

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?: No
(b) If you answered "No," explain why you did not appeal: I haven't gotten to the point of filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court?: No
(b) If you answered "No," explain why you did not file a second appeal: I haven't gotten to the point of filing to appeal.

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

3.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 5th and 14th Amendments

(a) Supporting facts: I went to trail on 3x Att. murder and P.W.I.D. cocaine in April 2016. You had one year to bring me back to trail. It is January 2020 I'm still on the docket for these charges A.D.A. Luke Lancaster is the prosecutor over this case trying to prosecute me.

(b) Did you present Ground One in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I can't file into the district court to get an answer on a motion, because I'm locked up and if I mail it to the district court it's not going to get put on the docket. So I have to wait until I get out to make sure it get put on the docket in the district court so I can appeal.

## Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 3-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-07-2022

Jason Spikes

Jason J. Spikes #537025
R.C.C.
27268 Hwy 21 North
Angie, LA 70426

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

NOT CENSORED
Not Responsible for Contents

MAR 18 2022

Rayburn Correctional Center



US POSTAGE PITNEY BOWES
ZIP 70426 $ 001.76
02 4W
0000374756 MAR 2022



RAYBURN CORRECTIONAL CENTER
MAR 18 2022
NOT CENSORED
Not Responsible for Contents

Signature Should Match Tape
If Not
Tampered With