UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-741 and consolidated matters** |
| **ASSISTANT DISTRICT ATTORNEY LUKE LANCASTER, ET AL.** | **SECTION "H"(4)** <br> **(Applies to 22-917, 22-920)** |

### BRIEFING ORDER FOR NEWLY CONSOLIDATED CASES

In order for the Court to determine the action, if any, that shall be taken on these newly consolidated petitions for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the Court issues this additional briefing order for respondents to include these cases into the previously ordered consolidated response. Accordingly,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of the petitions filed in Civ. Action 22-917 and Civ. Action 22-920, now consolidated into the captioned matters, and this Order on the Attorney General for the State of Louisiana, and the District Attorney and Clerk of Court for Washington Parish, Louisiana.

**IT IS FURTHER ORDERED** that, by the deadline set by the Court's Superseding Briefing Order issued April 6, 2022 (ECF No. 7), the Attorney General or the District Attorney shall include an answer or response to these newly consolidated applications within the answer previously ordered for the consolidated matters, together with a legal memorandum of authorities in support thereof.

**IT IS FURTHER ORDERED** that, as previously ordered, the District Attorney shall file with the Court a certified copy of the entire state court record, including transcripts of <u>all</u> proceedings held in the state courts, all documents filed in connection with any appeal or

application for other relief, including administrative relief, presented to any and all state district or appellate courts, and copies of all state court and administrative dispositions.  In the event the District Attorney is unable to produce any of the above documents, he shall advise this Court in writing why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to insure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for Washington Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130.

New Orleans, Louisiana this __13th__ day of April, 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

2