UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON J. SPIKES,<br>    PETITIONER | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 22-cv-0741, 22-cv-0811, <br>      22-cv-0812, 22-cv-0814, <br>      22-cv-0917, 22-cv-0920 <br><br> SECTION "H" (4) <br><br> (ALL CASES) |
| VERSUS | | |
| LUKE LANCASTER ET AL.<br>    RESPONDENTS | | |

## ORDER

Considering the *Motion to Transfer Consolidated Cases to Division M*, the Court finds that the law and facts are in favor of the mover. Accordingly, the motion is GRANTED.

IT IS HEREBY ORDERED that the above-captioned matter(s) is (are) hereby transferred to Section "M" of this Court for further proceedings.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
THE HON. KAREN WELLS ROBY
MAGISTRATE JUDGE