# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-741 c/w 22-811; 22-812; 22-814l 22-917; 22-920** |
| **LUKE LANCASTER ET AL.** | **SECTION "H"** |

## ORDER

    Before the Court is Defendants' Motion to Transfer Case to Division M (Doc. 19). In their Motion, Defendants ask this Court to transfer this consolidated matter to Section M as related to *Spikes v. 22nd District Courtroom*, No. 19-2500 and *Spikes v. Meissner*, No. 19-9707. Pursuant to Local Rule 3.1.1, related cases "must be transferred to the section with the lowest docket number, unless the two judges involved determine that some other procedure is in the interest of justice. If the transferee and transferor judges cannot agree upon whether a case should be transferred, the opinion of the transferee judge prevails." Here, the transferee judge has declined to accept transfer of this consolidated action in light of Plaintiff's excessive filings.

    Accordingly;

    **IT IS ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana this 2nd day of September, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**