1.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason J. Spikes

VERSUS

Luke Lancaster, ET AL.

Civil Action
No: 22-741 c/w 22-811; 22-812; 22-814; 22-917; 22-920

Section "H"

28 § 2243 Issuance of writ; decision

A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

This ORDER was given by JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Before the Court is Defendant's Motion to Transfer Case to Division M (Doc. 19). In their Motion, Defendants ask this Court to transfer this consolidated matter, Defendants ask this Court to transfer this consolidated matter to Section M as related to Spikes v. 22nd District Courtroom, No. 19-2500 and Spikes v. Meissner, No. 19-9707. Pursuant to Local Rule 3.1.1, related cases "must be transferred to the section with the lowest docket number, unless the two judges involved determine that some other procedure is in the interest of justice. If the transferee and transferor judges cannot agree upon whether a case should be transferred, the opinion of the transferee judge prevails." Here, the transferee judge has declined to accept transfer of this consolidated

action in light of Plaintiff's excessive filings.

Accordingly;

IT IS ORDERED that the Motion is Denied.

28ª 2245 Certificate of trial judge admissible in evidence

Copies of the certificate shall be filed with the court in which the application is pending and in the court in which the trial took place.
Exhibits on back

28ª 2246 Evidence; depositions; affidavits

On application for a writ of habeas corpus, evidence may be taken orally or by deposition, or, in the discretion of the judge, by affidavit. If affidavits are admitted any party shall have the right to propound written interrogatories to the affiants, or to file answering affidavits.
Exhibits on back

Relief Request Fed. R. Civ. P. Rule 60(b)(1)(2)
That all of the earlier petitions filed by plaintiff that's on the exhibits on back dealing with the decision or action the petitioner is challenging in the 22ⁿᵈ Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607 Docket No. 14-CR8-126847 to be disposed with this matter requesting for Civil, Criminal and Administrative Liabilities.

3.

Also
The State Court to squash this indictment

September 9, 2022                                    Jason John

Certificate of Service
I hereby certify that I served a copy of this document on all cansel to record either in person on this ___9th___ day September, 2022
Jason John

Alison J. Spikes
#637025
R.C.C.
27268 Hwy 21 N
Angie, LA 70426

NOT CENSORED
Not Responsible for Contents

Sep 10 2022

Rayburn Correctional Center

70130-3397303

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

NEW ORLEANS LA 700
10 SEP 2022 PM 2 L

ZIP 70426
02 4W
0000374756 SEP

US POSTAGE PITNEY BOWES
$ 000.57°
2022



Signature Should Match Tape
If Not
TAMPERED WITH