UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON SPIKES | CIVIL ACTION |
| VERSUS | NO: 22-741 c/w 22-811; 22-812; 22-814l 22-917; 22-920 |
| LUKE LANCASTER ET AL. | SECTION "H" |

## ORDER

Before the Court is Defendants' Motion to Transfer Case to Division M (Doc. 19). In their Motion, Defendants ask this Court to transfer this consolidated matter to Section M as related to *Spikes v. 22nd District Courtroom*, No. 19-2500 and *Spikes v. Meissner*, No. 19-9707. Pursuant to Local Rule 3.1.1, related cases "must be transferred to the section with the lowest docket number, unless the two judges involved determine that some other procedure is in the interest of justice. If the transferee and transferor judges cannot agree upon whether a case should be transferred, the opinion of the transferee judge prevails." Here, the transferee judge has declined to accept transfer of this consolidated action in light of Plaintiff's excessive filings.

Accordingly;

**IT IS ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana this 2nd day of September, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON JARRELL SPIKES | CIVIL ACTION |
| | NO. 22-587 |
| | *consolidated with* |
| VERSUS | NOS. 22-588 |
| | 22-589 |
| | 22-663 |
| | 22-664 |
| | 22-665 |
| | 22-742 |
| | 22-473 |
| 22nd PUBLIC DEFENDER | REF: ALL CASES |
| JOHN LINDER, ET AL. | SECTION: "I"(3) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_    a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this thirtieth day of March, 2022.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE