UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-741 c/w 22-811 c/w 22-812 c/w 22-814 c/w 22-917 c/w 22-920** |
| **ASSISTANT DISTRICT ATTORNEY LUKE LANCASTER, ET AL.** | **SECTION "H"(4) (ALL CASES)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Jason J. Spikes's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 16th day of March, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**