# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-741 c/w 22-811 c/w 22-812 c/w 22-814 c/w 22-917 c/w 22-920** |
| **ASSISTANT DISTRICT ATTORNEY LUKE LANCASTER, ET AL.** | **SECTION "H"(4) (ALL CASES)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondents, Assistant District Attorneys Luke Lancaster, Iain Dover, Matthew Caplan, and Ronnie Gracianette, District Attorneys Warren Montgomery and Walter Reed, Public Defender John Linder, and Judge Raymond Childress, and against petitioner Jason J. Spikes dismissing without prejudice Spikes's consolidated petitions for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 for failure to exhaust.

New Orleans, Louisiana, this 16th day of March, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**