UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-741 c/w 22-811 c/w 22-812 c/w 22-814 c/w 22-917 c/w 22-920** |
| **ASSISTANT DISTRICT ATTORNEY LUKE LANCASTER, ET AL.** | **SECTION "H"(4) (ALL CASES)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceedings, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

__X__ a certificate of appealability shall not be issued for the following reason(s):

_____ For the reasons stated in Record Document 30 _____

New Orleans, Louisiana, this 16th day of March, 2023.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE